SD Ia-201 (12/02)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-02439-lmj7 |
| **MARK L SMOLIK** | ) | |
| **JAIME R SMOLIK** | ) | **NOTICE OF INTENT TO SELL** |
| | ) | **PROPERTY AND BAR DATE NOTICE** |
| Debtors | ) | |

The undersigned Trustee of the estate of the debtors named above, subject to objection under Federal Rules of Bankruptcy Procedure, Rules 6004(b) and 9014,  will sell the following property of the estate:

3 gocarts valued at $1,000.00

to the following purchasers:    Mark L. Smolik and Jaime R. Smolik

for the following consideration:    $300.00 cash.

NOTICE IS HEREBY GIVEN, any objections thereto must be served on the undersigned Trustee at the address listed below; the United States Trustee at 210 Walnut Street, Room 793, Des Moines, Iowa 50309-2108; the debtors; and counsel for debtors.  Any objection must be  filed with the Clerk of Bankruptcy Court at P.O. Box 9264, Des Moines, Iowa 50306-9264 within 20 days of the date of this notice and report.

*/s/    Donald F. Neiman*
Donald F. Neiman, Trustee